# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**RONALD EDMONDSON**                                                       **PLAINTIFF**

**v.**                     **NO. 4:08CV00273 BD**

**MICHAEL J. ASTRUE, Commissioner,**
**Social Security Administration**                                **DEFENDANT**

## JUDGMENT

In accordance with the Memorandum and Order entered this day, this case is remanded to the Secretary, under Sentence four of the Social Security Act, 42 U.S.C. § 405(g), for actions consistent with the Order.

IT IS SO ORDERED this 14th day of August, 2009.

_____
UNITED STATES MAGISTRATE JUDGE